## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :   **Criminal No. 15-066 (EGS)**

    v.       :

AZEIK KEYS,          :

    Defendant.     :

**FILED**

**NOV 2 8 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## CONSENT ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by the defendant and defense counsel, Elita Amato, Esquire, in which the defendant agreed to plead guilty to Count One of the Indictment charging the offense of Unlawful Possession with Intent to Distribute Cocaine Base, in violation Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and the defendant has pled guilty to that offense;

*WHEREAS*, the Indictment alleged the forfeiture of property, that is, forfeiture of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense charged in Count One and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged in Count One; and the forfeiture of $1,370 seized incident to the defendant's arrest; which property is subject to forfeiture, pursuant to Title 21, United States Code, Section 853(a).

*WHEREAS*, the Indictment further alleged that the United States will seek a forfeiture money judgment against the defendant for a sum of money equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense charged in Count One;

*WHEREAS,* in the defendant's plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $1,370;

*WHEREAS*, pursuant to Rules 32.2(b)(1) & (b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea hearing, that: (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation alleged in Count One, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in Count One is subject to forfeiture; (2) the following specific property is subject to forfeiture: $1,370 in United States currency seized from the safe in the defendant's room on April 17, 2015, and the Government has established the requisite nexus between the property and the offense; and (3) a personal money judgment against the defendant in the amount of $1,370 is appropriate; all pursuant to Title 21, United States Code, Section 853;

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.      That the following property is declared forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a): any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation alleged in Count One, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in Count One. The following specific property is declared forfeited: $1,370 in United States currency seized from the safe in the defendant's room on April

2

17, 2015. Upon the final forfeiture of this sum to the United States, it is to be credited to the forfeiture money judgment ordered below.

2.    A forfeiture money judgment in the amount of $1,370 is entered against the defendant.

3.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4.    That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

5.    The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6.    The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of _____, 2016.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

3

WE ASK FOR THIS:

*/s/ Channing D. Phillips*
CHANNING D. PHILLIPS, D.C. Bar No. 415793
UNITED STATES ATTORNEY

By:

Jamila Hodge
Assistant United States Attorney
D.C. Bar No. 477-620
555 Fourth Street, N.W.
Washington, D.C. 20530
202-252-6986

Azeik Keys
Defendant

Elita Amato, Esquire
Counsel for Defendant

4